UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

AUDIE ARTHUR, ) No. CV 10-842 FFM
        Plaintiff, )
) JUDGMENT
   v. )
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
        Defendant. )
)

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: April 29, 2011                                      /S/ FREDERICK F. MUMM
                                                                  FREDERICK F. MUMM
                                                           United States Magistrate Judge